UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                        :

ROADRUNNER CHARTERS INC.,                 :

                      Plaintiff,                 :
                                                                         :           25-CV-01285 (JAV)
               -v-                                        :
                                                                         :               <u>ORDER</u>
NEW YORK CITY, et al.,                           :

                      Defendants.             :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated May 2, 2025, ECF No. 13, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described in ECF No. 4, by June 10, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 13, 2025**.

      SO ORDERED.

Dated: June 12, 2025                                            _____
       New York, New York                                JEANNETTE A. VARGAS
                                                                     United States District Judge