UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROADRUNNER CHARTERS, INC.,

                Plaintiff,

      -v-

CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF SOCIAL SERVICES, JOHN DOE,
and JANE DOE

                Defendants.
-------------------------------------------------------------------X

25-CV-01285 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

      As stated on the record during the conference held earlier today, Defendants' Motion to Stay Discovery, ECF No. 30, is **DENIED**. The Clerk of the Court is respectfully directed to terminate ECF No. 30.

      SO ORDERED.

Dated: October 22, 2025
       New York, New York

                                              JEANNETTE A. VARGAS
                                              United States District Judge