UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROADRUNNER CHARTERS, INC.,

Plaintiff,

-v-

NEW YORK CITY, et al.,

Defendants.

25-CV-1285 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

Fact discovery in this case closed on April 24, 2026. On April 21, 2026, the Court denied a request to extend that deadline to allow the completion of ESI productions, on the grounds that the parties had not exercised due diligence. ECF No. 42. The parties now move for an extension of time from July 10, 2026, to August 31, 2026, to complete expert discovery. ECF No. 51. That motion is DENIED.

The basis for this motion is that Defendants, notwithstanding the conclusion of fact discovery, have apparently continued to produce responsive fact discovery voluntarily, which Plaintiff's expert needs to time to evaluate. While that is certainly Defendants' prerogative, pursuant to the Court's prior order, fact discovery in this matter is closed. For the reasons previously set forth in the Court's April 21 order, the parties have not demonstrated the due diligence required to show good cause for an extension of the deadlines set forth in the Case Management Plan.

The parties have yet to submit the joint letter required under Paragraph 9 of the Case Management Plan. As a courtesy, the Court shall *nunc pro tunc* extend the deadline to submit this letter until **August 6, 2026**.

SO ORDERED.

Dated: July 29, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge