UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROADRUNNER CHARTERS, INC.,

Plaintiff,

-v-

NEW YORK CITY, et al.,

Defendants.

---

25-CV-1285 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

The parties have yet to file a letter pursuant to Rule 8.E of this Court's Individual Rules and Practices in Civil Cases. By **October 20, 2026,** the parties shall file a joint letter notifying the Court if any party anticipates filing a dispositive motion or a motion to exclude testimony of experts pursuant to Federal Rules of Evidence 702–705 and the *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579 (1993) line of cases. If so, the parties should set forth a proposed briefing schedule for any such motion(s). The letter should also include confirmation that the one-hour settlement discussion occurred and stating whether all parties consent to mediation or a settlement conference to be held before the designated Magistrate Judge.

SO ORDERED.

Dated: October 13, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge